UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TONY MARTINEZ,

                                      NO. CIV. S-05-1856 LKK/PAN

        Plaintiff,

   v.                                          O R D E R

EXCALIBUR PIZZA, LLC, dba
ROUND TABLE PIZZA #21; THOMAS
H. MacLAUGHLIN; THOMAS T. HSU;
and JI EUN HSU, Trustees of the
HSU FAMILY TRUST; and FIVE STAR
INVESTMENTS, LLC,

        Defendants.
                              /

     The court is in receipt of plaintiff's notice of dismissal of defendants Five Star Investments, LLC and Thomas H. MacLaughlin. Plaintiff, however, has failed to comply with Fed. R. Civ. P. 41(a).

////

////

////

1

1     Accordingly, the court will disregard the aforementioned
2 notice.
3     IT IS SO ORDERED.
4     DATED: November 9, 2005
5                                /s/Lawrence K. Karlton
                                 LAWRENCE K. KARLTON
6                                SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2