LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

## THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | No. CIV.S-05-1856 LKK PAN |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | **AND ORDER THEREON** |
| EXCALIBUR PIZZA, LLC dba ROUND TABLE PIZZA #21; THOMAS H. MACLAUGHLIN; THOMAS T. HSU AND JI EUN HSU TRUSTEES OF THE HSU FAMILY TRUST; FIVE STAR INVESTMENTS, LLC. | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff, TONY MARTINEZ, requests the Court dismiss the above entitled action, without prejudice, **as to FIVE STAR INVESTMENTS, LLC and THOMAS H. MACLAUGHLIN only.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendants FIVE STAR INVESTMENTS, LLC and THOMAS H. MACLAUGHLIN.

Dated: October 17, 2005        LAW OFFICES OF LYNN HUBBARD

                                         /s/ Lynn Hubbard, Esquire         /
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: November 9, 2005        Bernheim, Gutierrez & McCready

                                         /s/ Signature on File               /
William S. Bernheim
Attorney for Defendant

IT IS SO ORDERED

Dated: November 10, 2005        /s/Lawrence K. Karlton
                                                 Lawrence K. Karlton
                                               Senior Judge