LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiff TONY MARTINEZ

WILLIAM BERNHEIM, SBN 56555
BERNHEIM GUTIERREZ & McCREADY
225 NORTH LINCOLN STREET
DIXON, CA 95620
Telephone: (707) 678-4447
Fax: (707) 678-0744

Attorneys for Defendants
EXCALIBUR PIZZA, LLC dba ROUND TABLE PIZZA #21;
THOMAS T. HSU and JI EUN HSU, TRUSTEES of the HSU FAMILY TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>EXCALIBUR PIZZA, LLC dba ROUND TABLE PIZZA #21; THOMAS T. HSU and JI EUN HSU, TRUSTEES of the HSU FAMILY TRUST,<br><br>    Defendants.<br>_____/ | Case No. CIV.S. 05-1856 LKK PAN<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, Tony Martinez, and defendants, Excalibur Pizza, LLC dba Round Table Pizza #21 and Thomas T. Hsu & Ji Eun Hsu, Trustees of the Hsu Family Trust, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: April 12, 2006                    LAW OFFICES OF LYNN HUBBARD

                                              /s/ Lynn Hubbard, III
                                              LYNN HUBBARD, III
                                              Attorney for Plaintiff

Dated: April 12, 2006                    BERNHEIM GUTIERREZ & McCREADY

                                              /s/ William Bernehim
                                              WILLIAM BERNEHIM
                                              Attorney for Defendant

### **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-1856 LKK PAN, is hereby dismissed with prejudice.

DATED: April 24, 2006.

                                              /s/Lawrence K. Karlton
                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT